**JERRALD K. PICKERING, II, SBN: 105253**
**MICHAEL L. PICKERING SBN: 109384**
PICKERING LAW CORPORATION
1915 Placer Street, Redding, CA 96001
P.O. Box 992200, Redding, CA 96099-2200
(530) 241-5811
(530) 241-3145 (Facsimile)
E-Mail: jerry.plc@sbcglobal.net
         mike.plc@sbcglobal.net

Attorneys for Defendant
DANIEL C. DORSEY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JUDE RICCI, | CASE NO: 2:08-CV-00060-FCD-KJM |
| Plaintiff(s), | **STIPULATION AND ORDER BY COUNSEL AND ORDER BY COURT ALLOWING THE FILING OF A COUNTER-CLAIM** |
| v. | |
| DANIEL C. DORSEY, | |
| Defendant(s). | |

**IT IS HEREBY STIPULATED** by and between the parties to this action, Defendant, DANIEL C. DORSEY, represented by Jerrald K. Pickering, II, of the Pickering Law Corporation; and Plaintiff, CHRISTOPHER JUDE RICCI, represented by William M. Duncan, as follows:

**RECITALS**

A.   Plaintiff filed his Complaint on January 10, 2008;

B.   Defendant filed his Answer to Complaint on January 30, 2008; and

C.   The parties stipulate to the filing of a Counter-Claim, made Exhibit "1" hereto, for Intentional Infliction of Emotional Distress, and Assault and Battery.

**THEREFORE IT IS STIPULATED** by and between the parties, by and through counsel, that the Counter-Claim, made Exhibit "1," be treated as filed upon the filing of this Stipulation and Order.

///

**APPROVED AS TO FORM AND CONTENT**:

DATED:  March 17, 2008						PICKERING LAW CORPORATION

　　　　　　　　　　　　　　　　　　　　　　　　　　/S/  Jerrald K. Pickering, II
　　　　　　　　　　　　　　　　　　　　　　　　　　JERRALD K. PICKERING, II
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　　DANIEL C. DORSEY

DATED:  March 13, 2008						LAW OFFICES OF WILLIAM M. DUNCAN

　　　　　　　　　　　　　　　　　　　　　　　　　　/S/ William M. Duncan
　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM M. DUNCAN
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　　　CHRISTOPHER JUDE RICCI

**IT IS SO ORDERED**.

DATED:  March 20, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stipulation by Counsel and Order by Court			2			Case No. 02:08-CV-00060-FCD-KJM
Allowing the Filing of Counter-Claim