**JERRALD K. PICKERING, II, SBN: 105253**
**MICHAEL L. PICKERING SBN: 109384**
PICKERING LAW CORPORATION
1915 Placer Street, Redding, CA 96001
P.O. Box 992200, Redding, CA 96099-2200
(530) 241-5811
(530) 241-3145 (Facsimile)
E-Mail: jerry.plc@sbcglobal.net
         mike.plc@sbcglobal.net

Attorneys for Defendant
DANIEL C. DORSEY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JUDE RICCI,<br><br>    Plaintiff(s),<br><br>v.<br><br>DANIEL C. DORSEY,<br><br>    Defendant(s).<br>_____ / | CASE NO: 2:08-CV-00060-FCD-KJM<br><br>**AMENDED STIPULATION AND ORDER AMENDING DATES IN THE PREVIOUSLY ISSUED AMENDED STATUS (PRETRIAL SCHEDULING) ORDER** |

**IT IS HEREBY STIPULATED** by and between the parties to this action, Defendant, DANIEL C. DORSEY, represented by Jerrald K. Pickering, II, of the Pickering Law Corporation; and Plaintiff, CHRISTOPHER JUDE RICCI, represented by William M. Duncan, as follows:

**RECITALS**

A. The court previously issued its Amended Status (Pretrial Scheduling) Order setting forth certain dates including discovery cutoff and expert witness disclosure dates;

B. Counsel for the parties have already conducted and completed discovery, including but not limited to, written discovery, investigation, and depositions, including a deposition in the State of Oregon;

C. Counsel for the parties have met and agreed that additional discovery needs to be completed, this discovery will not be completed by January 30, 2009, and believe that the discovery cutoff and expert witness disclosure dates as set forth in the

court's previously issued Amended Status (Pretrial Scheduling) Order needs to be modified or extended;

D. Counsel believe this additional discovery will facilitate settlement and/or will expedite and shorten any trial in this matter;

E. Counsel, by way of this stipulation, hereby ask the court to approve this stipulation and modify its previously issued Amended Status (Pretrial Scheduling) Order as to discovery cutoff and expert witness disclosure dates; and

F. All other dates as set forth in the court's previous order are to remain the same, except as modified herein.

**THEREFORE IT IS STIPULATED** by and between the parties, by and through counsel, as follows:

1. The court's previously issued Amended Status (Pretrial Scheduling) Order is amended as follows;

2. Discovery cutoff date presently set for January 30, 2009, is hereby extended approximately 60 days to April 3, 2009;

3. Expert witness disclosure date presently set for February 13, 2009, is hereby extended to April 17, 2009;

4. Supplemental expert witness disclosure presently set for March 5, 2009, is hereby extended to May 8, 2009;

5. All expert discovery presently set for April 2, 2009, is to hereby extended to June 5, 2009;

6. All dispositive motions deadline presently set for June 26, 2009, is hereby extended to August 21, 2009;

7. The Final Pretrial Conference is hereby extended to October 30, 2009, at 2:00 p.m.; and

8. The Jury Trial is hereby extended to January 12, 2010, at 9:00 a.m.

///

///

**APPROVED AS TO FORM AND CONTENT**:

DATED: _____        PICKERING LAW CORPORATION

   _/S/  Jerrald K. Pickering, II_____
   JERRALD K. PICKERING, II
   Attorneys for Defendant
   DANIEL C. DORSEY

DATED: _____        LAW OFFICES OF WILLIAM M. DUNCAN

   _/S/ William M. Duncan_____
   WILLIAM M. DUNCAN
   Attorneys for Plaintiff
   CHRISTOPHER JUDE RICCI

**IT IS SO ORDERED**.

DATED: December 29, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE