**JERRALD K. PICKERING, II, SBN: 105253**
**MICHAEL L. PICKERING SBN: 109384**
PICKERING LAW CORPORATION
1915 Placer Street, Redding, CA 96001
P.O. Box 992200, Redding, CA 96099-2200
(530) 241-5811
(530) 241-3145 (Facsimile)
E-Mail: jerry.plc@sbcglobal.net
          mike.plc@sbcglobal.net

Attorneys for Defendant
DANIEL C. DORSEY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JUDE RICCI, | CASE NO: 2:08-CV-00060-FCD-KJM |
| Plaintiff(s), | **SECOND STIPULATION AND ORDER BY COUNSEL AND REQUEST FOR COURT ORDER: (1)AMENDING CERTAIN DATES IN THE PREVIOUSLY ISSUED (AND PREVIOUSLY AMENDED) STATUS (PRETRIAL SCHEDULING) ORDER; AND (2) ADDRESSING OTHER DISCOVERY ISSUES** |
| v. | |
| DANIEL C. DORSEY, | |
| Defendant(s). | |
| _____ / | |

    **IT IS HEREBY STIPULATED** by and between the parties to this action, Defendant, DANIEL C. DORSEY, represented by Jerrald K. Pickering, II, of the Pickering Law Corporation; and Plaintiff, CHRISTOPHER JUDE RICCI, represented by William M. Duncan, as follows:

### RECITALS

    A.    The court previously issued its Amended Status (Pretrial Scheduling) Order setting forth certain dates including discovery cutoff and expert witness disclosure dates;

    B.    Counsel for the parties have already conducted and completed most discovery, including but not limited to, written discovery, investigation, and depositions, including depositions in the State of Oregon;

///

///

C.     Counsel and the parties wish to conduct a mediation of this case before completing final discovery, as counsel believes that there is a possibility that the case will settle at mediation, said mediation to take place in May 2009;

D.     Counsel for defendant wishes to complete certain discovery of plaintiff's expert economist witness before attempting a mediation, and plaintiff and counsel agree to such informal discovery as set forth below;

E.     Counsel are considering using either Sacramento attorney, Michael D. Schoenfeld, or retired judge, Raul A. Ramirez;

F.     Counsel wish to extend deadlines within which to complete final non-expert and expert discovery, but **do not** wish to extend other dates as presently provided for in the current order;

G.     Counsel, by way of this stipulation, hereby ask the court to approve this stipulation and modify its previously issued Amended Status (Pretrial Scheduling) Order as provided below; and

H.     Counsel wish and ask the court to keep set the presently scheduled Further Pretrial Conference and trial dates of October 30, 2009 and January 12, 2010.

**THEREFORE IT IS STIPULATED** by and between the parties, by and through counsel, as follows:

**Deadline Dates**

1.     The court's previously issued Amended Status (Pretrial Scheduling) Order is amended as follows;

2.     Plaintiff and plaintiff's counsel will informally provide to defense counsel the report by plaintiff's economist (damage) expert by April 17, 2009, who will then be deposed on April 30, 2009 before the mediation;

3.     Non-expert discovery cutoff date presently set for April 3, 2009, is hereby extended June 19, 2009;

4.     Expert witness disclosure date presently set for April 17, 2009 is hereby extended to June 26, 2009;

1    4.    Supplemental expert witness disclosure date presently set for May 8, 2009, is

2  hereby extended to July 6, 2009;

3    5.    All expert discovery presently set for June 5, 2009, is hereby extended to August

4  31, 2009;

5    6.    All dispositive motions deadlines presently set for August 21, 2009, is hereby

6  extended to **September 18, 2009**;

7    7.    The Final Pretrial Conference date shall remain as presently set for October 30,

8  2009; and

9    8.    The Jury Trial shall remain set for January 12, 2010.

10                                    **Discovery Issues**

11    a.    Defendant has sought discovery of certain telephone records, to which plaintiff has

12  objected, and counsel agree to meet and confer on this issue after the mediation; if a resolution

13  cannot be reached, then defendant may bring a motion to compel;

14    b.    Defendant has sought discovery of plaintiff's state and federal tax returns to which

15  plaintiff has objected, and counsel agree to meet and confer on this issue after the deposition of

16  plaintiff's economist; if a resolution cannot be reached, then defendant may bring a motion to

17  compel; and

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1         c.     Plaintiff reserves the right to seek an independent medical examination of

2    defendant and cross-claimant and to depose defendant and cross-claimant's treating physician.

3         **APPROVED AS TO FORM AND CONTENT**:

4    DATED: _____                              PICKERING LAW CORPORATION

5

6                                  _/S/  Jerrald K. Pickering, II_____

7                                  JERRALD K. PICKERING, II
     Attorneys for Defendant

8                                  DANIEL C. DORSEY

9    DATED: _____                              LAW OFFICES OF WILLIAM M. DUNCAN

10                                 _/S/ William M. Duncan_____

11                                 WILLIAM M. DUNCAN
     Attorneys for Plaintiff

12                                 CHRISTOPHER JUDE RICCI

13        **IT IS SO ORDERED**.

14   DATED: April 3, 2009

15

16                            FRANK C. DAMRELL, JR.

17                            UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28