William M. Duncan, SBN 133788
A Professional Law Corporation
322 W. Center Street
P.O. Box 929
Yreka, CA 96097
Tel: 530-841-2670
Fax: 541-770-7483

Attorney for Plaintiff and counter-defendant
Christopher Jude Ricci

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JUDE RICCI,<br><br>        Plaintiff,<br><br>vs.<br><br>DANIEL C. DORSEY,<br><br>        Defendant. | CIVIL CASE NO.<br>2:08–CV–00060 FCD KJM<br><br><br>STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT |

    IT IS HEREBY STIPULATED AND AGREED between the parties, plaintiff Ricci and defendant Dorsey, through their counsel of record, that plaintiff may file the first amended complaint.

Approved as to form:

Dated July 21, 2009.        PICKERING LAW CORPORATION

                                    _____/S/_____
                                    JERRALD K. PICKERING, II
                                    Attorney for Defendant
                                    DANIEL C. DORSEY

Dated:  July 21, 2009.  William M. Duncan, A Professional Law Corporation

By: _____/S/_____
    WILLIAM M. DUNCAN
    Attorney for Plaintiff
    CHRISTOPHER JUDE RICCI

**IT IS SO ORDERED**

DATED: July 22, 2009      _____
    FRANK C. DAMRELL, JR.
    UNITED STATES DISTRICT JUDGE