**JERRALD K. PICKERING, II, SBN: 105253**
**MICHAEL L. PICKERING SBN: 109384**
PICKERING LAW CORPORATION
1915 Placer Street, Redding, CA 96001
P.O. Box 992200, Redding, CA 96099-2200
(530) 241-5811
(530) 241-3145 (Facsimile)
E-Mail: jerry.plc@sbcglobal.net
          mike.plc@sbcglobal.net

Attorneys for Defendant
DANIEL C. DORSEY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JUDE RICCI, | CASE NO: 2:08-CV-00060-FCD-KJM |
| Plaintiff(s), | **THIRD STIPULATION AND ORDER: (1) AMENDING CERTAIN DATES IN THE PREVIOUSLY ISSUED (AND PREVIOUSLY AMENDED) STATUS (PRETRIAL SCHEDULING) ORDER; AND (2) ADDRESSING OTHER DISCOVERY ISSUES** |
| v. | |
| DANIEL C. DORSEY, | |
| Defendant(s). | |

**IT IS HEREBY STIPULATED** by and between the parties to this action, Defendant, DANIEL C. DORSEY, represented by Jerrald K. Pickering, II, of the Pickering Law Corporation; and Plaintiff, CHRISTOPHER JUDE RICCI, represented by William M. Duncan, as follows:

**RECITALS**

A. The court previously issued its Amended Status (Pretrial Scheduling) Order setting forth certain dates including discovery cutoff and expert witness disclosure dates;

B. Counsel for the parties have already conducted and completed significant discovery, including but not limited to, written discovery, investigation, and depositions, including depositions in the State of Oregon;

///

///

///

C. Counsel and the parties agreed that mediation would be appropriate;

D. Counsel retained retired judge, Raul A. Ramirez to serve as the mediator;

E. Pursuant to previous agreement and stipulation, plaintiff provided defense counsel the report by plaintiff's economist (damage) expert, who was then deposed on April 30, 2009 in anticipation of the mediation;

F. Counsel scheduled a mediation, but then an issue arose as to insurance and insurance coverage;

G. Counsel agreed to suspend the mediation and for plaintiff to file a first amended complaint, which first amended complaint has already been filed by stipulation;

H. In light of the first amended complaint and need for additional discovery, Counsel wish to extend the deadlines within which to complete final non-expert and expert discovery and to extend other dates as presently provided for in the current order so that additional discovery can be conducted as to the newly filed First Amended Complaint and other issues;

I. Counsel, by way of this stipulation, hereby ask the court to approve this stipulation and modify its previously issued Amended Status (Pretrial Scheduling) Order as provided below; and

J. Counsel wish and ask the court to reschedule the presently scheduled Further Pretrial Conference and trial dates to dates available for the court and as set forth below.

**THEREFORE IT IS STIPULATED** by and between the parties, by and through counsel, as follows:

**Deadline Dates**

1. The parties ask the court to amend court's previously issued Amended Status (Pretrial Scheduling) Order as follows;

2. Plaintiff and plaintiff's counsel informally provide to defense counsel the report by plaintiff's economist (damage), who was then be deposed, but plaintiff reserves the right to serve a further expert economist report;

3. Non-expert discovery cutoff date presently set for June 19, 2009, is hereby extended November 6, 2009;

4. Expert witness disclosure date presently set for June 26, 2009, is hereby extended to November 20, 2009;

5. Supplemental expert witness disclosure date presently set for July 6, 2009, is hereby extended to December 4, 2009;

6. All expert discovery presently set for August 31, 2009, is hereby extended to January 15, 2010;

7. All dispositive motions deadlines presently set for September 18, 2009, is hereby extended to **March 26, 2010**;

8. The Final Pretrial Conference date presently set for October 30, 2009, is hereby continued to **June 4, 2010, at 1:30 p.m**.

9. The Jury Trial date presently set for January 12, 2010, is hereby continued to **August 10, 2010 at 9:00 a.m.**

**Discovery Issues**

a. Defendant has sought discovery of certain telephone records, to which plaintiff has objected, and counsel agree to meet and confer on this issue after the mediation; if a resolution cannot be reached, then defendant may bring a motion to compel;

b. Defendant has sought discovery of plaintiff's state and federal tax returns to which plaintiff has objected, and counsel agree to meet and confer on this issue after the deposition of plaintiff's economist; if a resolution cannot be reached, then defendant may bring a motion to compel;

c. Defendant may bring a motion(s) as to these discovery, but any such motion must be file by January 15, 2010; and

///
///
///
///

1       d.    Plaintiff reserves the right to seek an independent medical examination of defendant and cross-claimant and to depose defendant and cross-claimant's treating physician.

**APPROVED AS TO FORM AND CONTENT**:

DATED: _____          PICKERING LAW CORPORATION

 /S/  Jerrald K. Pickering, II  
JERRALD K. PICKERING, II  
Attorneys for Defendant  
DANIEL C. DORSEY

DATED: _____          LAW OFFICES OF WILLIAM M. DUNCAN

 /S/ William M. Duncan  
WILLIAM M. DUNCAN  
Attorneys for Plaintiff  
CHRISTOPHER JUDE RICCI

**IT IS SO ORDERED**.

DATED: August 13, 2009

_____  
FRANK C. DAMRELL, JR.  
UNITED STATES DISTRICT JUDGE