**JERRALD K. PICKERING, II, SBN: 105253**
**MICHAEL L. PICKERING SBN: 109384**
PICKERING LAW CORPORATION
1915 Placer Street, Redding, CA 96001
P.O. Box 992200, Redding, CA 96099-2200
(530) 241-5811
(530) 241-3145 (Facsimile)
E-Mail: jerry.plc@sbcglobal.net
         mike.plc@sbcglobal.net

Attorneys for Defendant
DANIEL C. DORSEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JUDE RICCI, | CASE NO: 2:08-CV-00060-FCD-KJM |
| Plaintiff, | **FORTH STIPULATION BY COUNSEL AND REQUEST FOR COURT ORDER: (1)AMENDING ONLY CERTAIN DATES IN THE PREVIOUSLY ISSUED (AND PREVIOUSLY AMENDED) STATUS (PRETRIAL SCHEDULING) OTHER DATES TO REMAIN; ORDER** |
| v. | |
| DANIEL C. DORSEY, | |
| Defendant. | |

/

**IT IS HEREBY STIPULATED** by and between the parties to this action, Defendant, DANIEL C. DORSEY, represented by Jerrald K. Pickering, II, of the Pickering Law Corporation; and Plaintiff, CHRISTOPHER JUDE RICCI, represented by William M. Duncan, as follows:

**RECITALS**

A. The court previously issued its Amended Status (Pretrial Scheduling) Order setting forth certain dates including discovery cutoff and expert witness disclosure dates;

B. Counsel for the parties have already conducted and completed significant discovery, including but not limited to, retaining experts, completing supplemental updating discovery, and the like;

C. Counsel, by way of this stipulation, hereby ask the court to approve this stipulation and modify its previously issued Amended Status (Pretrial Scheduling) Order as provided below; and

  D. Counsel wish and ask the court to extend certain dates as listed below, leaving all other dates as presently schedule.

  **THEREFORE IT IS STIPULATED** by and between the parties, by and through counsel, as follows:

### Deadline Dates

1. The parties ask the court to amend court's previously issued Amended Status (Pretrial Scheduling) Order as follows;

2. Expert witness disclosure date presently set for November 20, 2009 is hereby extended to January 15, 2010;

4. Supplemental expert witness disclosure date presently set for December 4, 2009 is hereby extended to January 26, 2010;

5. All expert discovery presently set for January 15, 2010, is hereby extended to February 26, 2010;

6. All non-expert discovery to be completed by January 29, 2010;

7. Counsel do not anticipate any dispositive motions; and

8. All other dates to remain as scheduled.

### Discovery Issues

a. Counsel continues to discuss the issue of the discovery of certain telephone records;

b. Counsel have resolved the issue of the discovery of plaintiff's state and federal tax returns;

///
///
///
///
///
///
///

c. Plaintiff reserves the right to seek an independent medical examination of defendant and cross-claimant and to depose defendant and cross-claimant's treating physician, and counsel for cross-claimant will cooperate in arranging these, separate from the above schedules.

**APPROVED AS TO FORM AND CONTENT**:

DATED: November 20, 2009       PICKERING LAW CORPORATION


 /S/  Jerrald K. Pickering, II
JERRALD K. PICKERING, II
Attorneys for Defendant
DANIEL C. DORSEY


DATED: November 20, 2009       LAW OFFICES OF WILLIAM M. DUNCAN

 /S/ William M. Duncan
WILLIAM M. DUNCAN
Attorneys for Plaintiff
CHRISTOPHER JUDE RICCI

**IT IS SO ORDERED**.

DATED: November 20, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE