**JERRALD K. PICKERING, II, SBN: 105253**
**MICHAEL L. PICKERING SBN: 109384**
PICKERING LAW CORPORATION
1915 Placer Street, Redding, CA 96001
P.O. Box 992200, Redding, CA 96099-2200
(530) 241-5811
(530) 241-3145 (Facsimile)
E-Mail: jerry.plc@sbcglobal.net
         mike.plc@sbcglobal.net

Attorneys for Defendant
DANIEL C. DORSEY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JUDE RICCI, | CASE NO: 2:08-CV-00060-FCD-KJM |
| Plaintiff(s), | **FIFTH STIPULATION BY COUNSEL AND REQUEST FOR COURT ORDER: AMENDING ONLY CERTAIN DATES IN THE PREVIOUSLY ISSUED (AND PREVIOUSLY AMENDED) STATUS (PRETRIAL SCHEDULING) OTHER DATES TO REMAIN; ORDER** |
| v. | |
| DANIEL C. DORSEY, | |
| Defendant(s). | |

**IT IS HEREBY STIPULATED** by and between the parties to this action, Defendant, DANIEL C. DORSEY, represented by Jerrald K. Pickering, II, of the Pickering Law Corporation; and Plaintiff, CHRISTOPHER JUDE RICCI, represented by William M. Duncan, as follows:

## RECITALS

A. The court previously issued its Amended Status (Pretrial Scheduling) Order setting forth certain dates including discovery cutoff and expert witness disclosure dates;

B. Counsel for the parties have already conducted and completed most discovery (expert and non-expert);

C. Counsel, by way of this stipulation, hereby ask the court to approve this stipulation and modify its previously issued Amended Status (Pretrial Scheduling) Order (as modified) as provided below;

///

---

Fifth Stipulation by Counsel and
Request for Court Order

1

Case No. 02:07-CV-02147-LEW-KJM

|   |   |   |
|---|---|---|
| 1 | D. | The reason for this stipulation and request to extend dates is that one of the experts |
| 2 |    | for defendant was in a very serious traffic collision; |
| 3 | E. | Defendant's economist, John Hancock, was riding a motorcycle, when a truck |
| 4 |    | made an illegal u-turn in front of Mr. Hancock, causing serious injuries, which |
| 5 |    | resulted in him being in intensive care in a Sacramento hospital for approximately |
| 6 |    | six weeks; and |
| 7 | F. | Defendant's economist, John Hancock, is expected to make a full recovery, but will |
| 8 |    | need time to further recuperate, and counsel has agreed to extend disclosure dates |
| 9 |    | as provided herein. |

**THEREFORE IT IS STIPULATED** by and between the parties, by and through counsel, as follows:

### Deadline Dates

1. The parties ask the court to amend court's previously issued Amended Status (Pretrial Scheduling) Order as follows;

2. Expert witness disclosure (without reports) date presently set for January 15, 2010 is hereby extended to January 29, 2010;

3. Exchange by mail of both expert reports and supplemental expert witness disclosure (without reports) date presently set for January 26, 2010 is hereby extended to February 12, 2010;

4. Exchange by mail supplemental reports is set for February 26, 2010;

5. All discovery (i.e. expert and other/regular) presently set for February 26, 2010, is hereby extended and to be complete by March 26, 2010;

6. Counsel do not anticipate any dispositive motions; and

7. Other dates to remain as scheduled.

### Discovery Issues

a. Plaintiff's counsel decided to seek an Independent Medical Examination ("IME") of defendant and cross-claimant and to depose defendant and cross-claimant's treating physician,

1. and counsel for cross-claimant has stipulated to the IME, which is presently set for January 26, 2010, at 2:30 p.m.

    b.    Defendant and cross-claimant has been examined and treated by four different physicians, counsel for defendant and cross-claimant will designate all four as non-retained experts, but will select one expert for trial, counsel have agreed that counsel for plaintiff and cross-defendant will be allowed to depose other doctors if determined to be necessary.

**APPROVED AS TO FORM AND CONTENT**:

DATED:  January 21, 2010        PICKERING LAW CORPORATION

        /S/  Jerrald K. Pickering, II
        JERRALD K. PICKERING, II
        Attorneys for Defendant
        DANIEL C. DORSEY

DATED:  January 21, 2010        LAW OFFICES OF WILLIAM M. DUNCAN

        /S/ William M. Duncan
        WILLIAM M. DUNCAN
        Attorneys for Plaintiff
        CHRISTOPHER JUDE RICCI

**IT IS SO ORDERED**.

DATED: January 22, 2010

        FRANK C. DAMRELL, JR.
        UNITED STATES DISTRICT JUDGE