**JERRALD K. PICKERING, II, SBN: 105253**
**MICHAEL L. PICKERING SBN: 109384**
PICKERING LAW CORPORATION
1915 Placer Street, Redding, CA 96001
P.O. Box 992200, Redding, CA 96099-2200
(530) 241-5811
(530) 241-3145 (Facsimile)
E-Mail: jerry.plc@sbcglobal.net
         mike.plc@sbcglobal.net

Attorneys for Defendant
DANIEL C. DORSEY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JUDE RICCI, | CASE NO: 2:08-CV-00060-FCD-KJM |
| Plaintiff(s), | SEVENTH STIPULATION BY COUNSEL AND REQUEST FOR COURT ORDER: AMENDING CERTAIN DATES IN THE PREVIOUSLY ISSUED (AND PREVIOUSLY AMENDED) STATUS/ (PRETRIAL SCHEDULING) ORDER; AND ORDER |
| v. | |
| DANIEL C. DORSEY, | |
| Defendant(s). | |

**IT IS HEREBY STIPULATED** by and between the parties to this action, Defendant, DANIEL C. DORSEY, represented by Jerrald K. Pickering, II, of the Pickering Law Corporation and associate counsel James R. Donahue of the firm Caulfield, Davies & Donahue, LLP; and Plaintiff, CHRISTOPHER JUDE RICCI, represented by William M. Duncan, as follows:

**RECITALS**

A.  Plaintiff filed a First Amended Complaint alleging additional claims, including slander;

B.  The parties entered into settlement negotations;

C.  Coverage issues have arisen between defendant and his insurer;

D.  The insurance carrier has filed a declaratory relief action (hereinafter "DRA") in Siskiyou County Superior Court, Case Number SC CV CV 10-0200, which is presently pending;

    E.    That DRA names as defendants, both plaintiff Christopher Ricci and defendant Daniel Dorsey in this case;

    F.    That DRA has been informally stayed pending resolution of this present federal court case;

    G.    The parties have agreed to conduct a mediation before Retired Judge Richard Park on July 15, 2010, in Sacramento, California; and

    H.    Counsel and the parties ask the court continue the presently set Pre-Trial Conference and Trial to the dates already obtained from and approved by the court clerk and as set forth below.

**THEREFORE IT IS STIPULATED** by and between the parties, by and through counsel, as follows:

### Deadline Dates

1. The parties ask the court to amend its previously issued Amended Status (Pretrial Scheduling) Order as follows;

**2. Discovery cut-off is set for August 3, 2010;**

3. The present Pre-Trial Conference set for Friday, June 4, 2010 at 1:30 p.m. is rescheduled to Friday, September 3, 2010, at 1:30 p.m.; and

4. The present Jury Trial set to commence on Tuesday, August 10, 2010, is rescheduled to Tuesday, November 2, 2010.

### Discovery Issues

a. Certain expert witness depositions have been conducted, but certain other expert depositions have been delayed pending the outcome of the mediation and will be rescheduled as necessary;

b. Counsel agrees that those depositions can be completed after the mediation, should the case not settle;

**c. All outstanding discovery is to be completed by August 3, 2010; and**

d. Counsel agrees that the expert witness testimony of certain experts can be presented at trial by way of videotaped deposition, subject to court approval.

**Amended Pleadings**

1. Plaintiff also anticipates seeking a stipulation to file an amended complaint to delete certain claims and claim for punitive damages, which amendment may take place before or after the mediation, but to which all counsel will reasonably agree to, as reasonably necessary and appropriate.

**APPROVED AS TO FORM AND CONTENT**:

DATED: _____, 2010              PICKERING LAW CORPORATION


　　　　　　　　　　　　　　　　　　\_\_\_\_\_/s/_____
　　　　　　　　　　　　　　　　　　JERRALD K. PICKERING, II
　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　DANIEL C. DORSEY

DATED: _____, 2010              CAULFIELD, DAVIES AND DONAHUE, LLP


　　　　　　　　　　　　　　　　　　\_\_\_\_\_/s/_____
　　　　　　　　　　　　　　　　　　JAMES R. DONAHUE
　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　DANIEL C. DORSEY

DATED: _____, 2010              LAW OFFICES OF WILLIAM M. DUNCAN


　　　　　　　　　　　　　　　　　　\_\_\_\_\_/s/_____
　　　　　　　　　　　　　　　　　　WILLIAM M. DUNCAN
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　CHRISTOPHER JUDE RICCI

**IT IS SO ORDERED**.

DATED:  June 15, 2010

　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　FRANK C. DAMRELL, JR.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE