William M. Duncan, SBN 133788
A Professional Law Corporation
600 Fourth Street
P.O. Box 929
Yreka, CA 96097
Tel: 530-841-2670
Fax: 541-770-7483

Attorney for Plaintiff and counter-defendant
Christopher Jude Ricci

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER JUDE RICCI,  )  CIVIL CASE NO.
                         )  2:08-CV-00060 FCD KJM
         Plaintiff,      )
                         )
    vs.                  )
                         )  STIPULATION AND ORDER
STRIKING                 )  CLAIMS FOR PUNITIVE
DANIEL C. DORSEY,        )  DAMAGES
                         )
         Defendant.      )
_____)

   IT IS HEREBY STIPULATED AND AGREED between the parties, plaintiff Christopher Jude Ricci and defendant Daniel C. Dorsey, through their counsel of record, that paragraphs 18 and 25 of plaintiff's first amended complaint filed July 23, 2009, as well as paragraph No. 2 of the prayer, all of which relate to plaintiff's claim and prayer for punitive/exemplary damages, be struck.

   It is so stipulated and agreed:

Dated June 29, 2010.      PICKERING LAW CORPORATION


                          /s/ Jerrald K. Pickering, II
                          JERRALD K. PICKERING, II
                          Attorney for Defendant
                          DANIEL C. DORSEY

Page 1

| | |
|---|---|
| Dated:   June 25, 2010. | William M. Duncan, A Professional Law Corporation |

By: /s/ William M. Duncan
    WILLIAM M. DUNCAN
    Attorney for Plaintiff
    CHRISTOPHER JUDE RICCI

| | |
|---|---|
| Dated: June 29, 2010 | CAULFIELD, DAVIES AND DONAHUE |

/s/ James R. Donahue
JAMES R. DONAHUE
Attorney for defendant
DANIEL C. DORSEY

**IT IS SO ORDERED**

DATED: June 30, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE