William M. Duncan, SBN 133788
A Professional Law Corporation
600 Fourth Street
P.O. Box 929
Yreka, CA 96097
Tel: 530-841-2670
Fax: 541-770-7483

Attorney for Plaintiff and counter-defendant
Christopher Jude Ricci

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JUDE RICCI,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DANIEL C. DORSEY,<br><br>　　　　　Defendant.<br>_____ | CIVIL CASE NO.<br>2:08–CV–00060–FCD–KJM<br><br><br>STIPULATION AND ORDER<br>STRIKING THE SECOND AND<br>THIRD CAUSES OF ACTION |

　　　IT IS HEREBY STIPULATED AND AGREED between the parties, plaintiff Ricci and defendant Dorsey, through their counsel of record, that the second and third Causes of Action (paragraphs 20 through 34) of the first amended complaint be struck.

　　　It is so stipulated and agreed:

Dated January ___, 2011.　　　PICKERING LAW CORPORATION


　　　　　　　　　　　　　　　　___/s/_____
　　　　　　　　　　　　　　　　JERRALD K. PICKERING, II
　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　DANIEL C. DORSEY

Dated:   January 13, 2011          William M. Duncan, A Professional Law Corporation

By:___/s/_____
     WILLIAM M. DUNCAN
     Attorney for Plaintiff
     CHRISTOPHER JUDE RICCI

Dated: January 13, 2011          CAULFIELD, DAVIES AND DONAHUE

__/s/_____
MICHAEL E. MYERS
Attorney for defendant
DANIEL C. DORSEY

**<u>ORDER</u>**

    IT IS SO ORDERED.

Done this 13th day of January 2011 at Sacramento, California.

_____
FRANK C. DAMRELL, JR.
  UNITED STATES DISTRICT JUDGE