UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER JUDE RICCI,   NO. CIV. S-08-0060 FCD KJN

    Plaintiff,

  v.   **ORDER RE: SETTLEMENT AND DISPOSITION**

DANIEL C. DORSEY,

    Defendant.
_____/

    Pursuant to the representation of defendant, in the above action, the court has determined that this case has settled.

    In accordance with the provisions of Local Rule 160, dispositional documents are to be filed on or before **March 4, 2011**. All dates/hearings set in this matter are hereby VACATED.

    **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

    **IT IS SO ORDERED**.

Dated: February 4, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE